No. 96–7644. ATCHESON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–7646. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7654. EZEOKE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7664. COHEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–7667. WOMACK *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–7668. WEBB *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–7678. DANIELS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–7679. FLUCAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–7680. HAWKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7681. DELMARLE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–7704. WELKY *v.* MAKOWSKI, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–974. HENRY *v.* CITY OF SHERMAN. Sup. Ct. Tex. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this petition.

No. 96–662. BANK OF NEW YORK, AS COLLATERAL TRUSTEE, ET AL. *v.* CONTINENTAL AIRLINES, INC., *ante,* p. 1057;

No. 96–780. RUDE ET AL. *v.* UNITED STATES, *ante,* p. 1058;

No. 96–6271. WILLIAMS *v.* NORTH CAROLINA, *ante,* p. 1061;

No. 96–6485. REAPE *v.* NEW YORK DAILY NEWS, *ante,* p. 1063;

No. 96–6504. STOIANOFF *v.* TRW, INC., ET AL., *ante,* p. 1063;

No. 96–6723. ANDRZEJEWSKI *v.* CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante,* p. 1095;

No. 96–6802.   VELEZ v. PUERTO RICO, *ante*, p. 1067;
No. 96–6804.   ARTEAGA v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante*, p. 1097;
No. 96–6827.   GIBBS v. UNITED STATES, *ante*, p. 1068;
No. 96–6854.   RANEY v. UNITED STATES, *ante*, p. 1069; and
No. 96–6965.   KARIM-PANAHI v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 1083.   Petitions for rehearing denied.

FEBRUARY 26, 1997

No. A–615.   GRAY v. NETHERLAND, WARDEN.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. 96–7984 (A–609).   IN RE GRAY.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Petition for writ of habeas corpus and petition for writ of mandamus denied.

No. 96–7976 (A–612).   GRAY v. NETHERLAND, WARDEN.   C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.